UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>         Plaintiff,<br><br>    v.<br><br>EJUICESTEALS.COM and REMON HANNA,<br><br>         Defendants. | Case No. 1:23-cv-01726-KES-CDB<br><br>ORDER HOLDING ORDER TO SHOW CAUSE IN ABEYANCE<br><br>(Docs. 19, 20)<br><br>**14-Day Deadline** |

**Relevant Background**

On December 14, 2023, Plaintiff, the People of the State of California ("Plaintiff") initiated this action with the filing of a complaint against Defendants Ejuicesteals.com ("Ejuicesteals") and Remon Hanna (collectively, "Defendants"). (Doc. 1). The Court convened with the parties for scheduling conference, and, on March 8, 2024, the Court issued its scheduling order setting all case management dates through dispositive motions. (Doc. 12). At the parties' request, no pretrial conference or trial dates were scheduled. (*Id.* at 6).

After granting two stipulated requests by the parties to extend discovery and motion filing deadlines (*see* Docs. 19, 21), nonexpert discovery is now closed and expert discovery is scheduled to close on June 16, 2025. *See* (Doc. 21).

At the parties' request, on May 9, 2025, the Court convened for an informal discovery

dispute conference. (Docs. 25, 26). Following the conference, the Court ordered Defendants to file a declaration of Defendant Hanna and to lodge certain emails for the Court's ex parte, in camera review no later than May 19, 2025. (Doc. 27). When Defendants failed to timely comply with the Court's order, on May 20, 2025, the Court ordered them to show cause in writing within two days why sanctions should not be imposed. (Doc. 28).

The following day (May 21, 2025), the undersigned's courtroom deputy received an email (attached hereto as Exhibit A) from Defendant Hanna. In relevant part, Defendant Hanna represented in his email that his attorney (Mr. Michael DeBenon) has been hospitalized with a serious condition since approximately May 18, 2025. Mr. Hanna further represented that an office assistant had called the Court and left a voicemail on May 19, 2025, to inform the Court of these circumstances. Although the Court did not receive any such voicemail, the office assistant did contact the undersigned's courtroom deputy on today's date to clarify that she did not believe she left a voicemail and confirmed that Mr. DeBenon remains hospitalized with a serious medical condition with no anticipated discharge date.

Under these circumstances, the Court finds Defendants have demonstrated good cause for a continuance of the deadline to comply with the Court's order requiring the submission of materials following and in relation to the parties' discovery dispute. Accordingly, the Court will hold its order to show cause in abeyance pending Mr. DeBenon's recovery and direct Defendants to file and lodge the discovery materials at issue, or a status report explaining why such materials are not available, within 14 days.

///
///
///
///

2

**Conclusion and Order**

For the foregoing reasons, it is HEREBY ORDERED that the Court's order to show cause (Doc. 28) is held in abeyance.

And it is FURTHER ORDERED that Defendants shall file and lodge the discovery materials previously identified by the Court (*see* Doc. 27) or, if such materials remain unavailable, a status report, no later than June 4, 2025.

IT IS SO ORDERED.

Dated:   **May 21, 2025**                                  _____
                                                                      UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**

CAEDdb_orders-cdb
Wednesday, May 21, 2025 12:48 PM

FW: Case No. 1:23-cv-01726-KES-CDP – Request for Postponement Due to Counsel's Medical Emergency

**From:** LUXOR VAPE DISTRO <luxorvape@gmail.com>
**Sent:** Wednesday, May 21, 2025 7:47:39 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CAEDdb_orders-cdb <cdborders@caed.uscourts.gov>
**Cc:** Michael S. DeBenon, Esq. <msd@debenonlaw.com>
**Subject:** Case No. 1:23-cv-01726-KES-CDP – Request for Postponement Due to Counsel's Medical Emergency

**CAUTION - EXTERNAL:**

Case No. 1:23-cv-01726-KES-CDP

Dear Magistrate Judge Christopher D. Baker,

I hope this message finds you well.

My name is Remon Hanna, and I am a party in the above-referenced case. I am writing to respectfully inform the Court that my attorney, Mr. Michael DeBenon, is currently hospitalized in serious condition. We learned shortly after submitting the requested materials—prior to the May 19, 2025, deadline referenced in the email from his office—that Mr. DeBenon has been hospitalized since approximately May 18, 2025.

His assistant informed me that she attempted to notify the Court by phone of this situation but did not receive a response after leaving a voicemail on May 19th 2025. Given these circumstances, I am respectfully requesting a two-week postponement to allow Mr. DeBenon time to recover and, hopefully, continue representing me in this matter.

Please advise what the appropriate next steps would be to formally request this extension or if additional documentation is required. I want to ensure the Court is fully informed and that all procedures are followed correctly.

Thank you for your time and understanding.

Sincerely,
Remon Hanna
Phone: (661) 688-3600
Email: luxorvape@gmail.com

1



Luxor Vape Distro
**2882 Walnut Ave ,Tustin Ca 92780**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.