UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EJUICESTEALS.COM and REMON HANNA,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-01726-KES-CDB<br><br>ORDER REQUIRING JOINT REPORT<br><br>**14-Day Deadline**<br><br>Clerk of the Court to Provide Copy of Order to Defendant Remon Hanna via Email |

On June 24, 2025, Defendant Remon Hanna transmitted an ex parte email communication to the undersigned's courtroom deputy. Counsel for Mr. Hanna, Michael S. DeBenon, does not appear to have been included as an addressee on the email and there is no indication Mr. DeBenon is aware of the email's contents. Because Mr. Hanna in his email reports in part on Mr. DeBenon's continuing and sensitive health issues (*see* Doc. 29 & Ex. A; Doc. 31), the Court declines to attach to this order a copy of the email, but instead summarizes the contents below.

In short, Mr. Hanna asserts that Mr. DeBenon's health is declining, that as a result Mr. Hanna has been unable to make any "substantial progress" on the case, and that he is "searching for new legal representation" but that he is unable to afford new counsel. Separately, Mr. Hanna asserts that, due to his own "pressing medical needs," he is required to travel abroad for the entire month of July to receive follow-up care.

Under these circumstances, the Court will direct Plaintiff to seek to confer with counsel for Defendants and file a joint report addressing (1) Mr. DeBenon's status as retained counsel and whether he expects to seek leave of Court to withdraw as counsel of record, and (2) any other matters requiring the attention of the Court.  Further, in the event Plaintiff's efforts to communicate with Mr. DeBenon are unsuccessful given Mr. Hanna's representations about his status, counsel for Plaintiff will be directed to confer with Mr. Hanna directly only as to the two issues identified above.  *See* Cal. Rule of Prof. Cond. 4.2(c) (providing that a lawyer may communicate about a litigation with a party represented by another lawyer if authorized by court order).

**Conclusion and Order**

For the foregoing reasons, it is HEREBY ORDERED that, within 14 days of entry of this order, Plaintiff shall seek to confer with counsel for Defendants and file a joint report addressing (1) Mr. DeBenon's status as retained counsel and whether he expects to seek leave of Court to withdraw as counsel of record, and (2) any other matters requiring the attention of the Court.

And it is FURTHER ORDERED that, if counsel for Plaintiff is unsuccessful in communicating with Mr. DeBenon after undertaking reasonable efforts to do so, counsel for Plaintiff shall confer with Defendant Hanna directly (luxorvape@gmail.com) only as to the two issues identified above.

The Clerk of the Court is directed to serve a copy of this order on Defendant Hanna directly (luxorvape@gmail.com).

IT IS SO ORDERED.

Dated:   **June 26, 2025**

UNITED STATES MAGISTRATE JUDGE