UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Plaintiff,<br><br>v.<br><br>EJUICESTEALS.COM and REMON HANNA,<br><br>  Defendants. | Case No. 1:23-cv-01726-KES-CDB<br><br>ORDER ON STIPULATION RESETTING DISPOSITIVE MOTION DEADLINES AND DIRECTING FURTHER STATUS REPORT FROM DEFENDANTS<br><br>(Doc. 40)<br><br>**AUGUST 29 AND SEPTEMBER 8, 2025, DEADLINES**<br><br><u>Clerk of the Court to Serve Order on Defendant Remon Hanna's Address and Email Address</u> |

**Relevant Background**

On December 14, 2023, Plaintiff, the People of the State of California ("Plaintiff") initiated this action with the filing of a complaint against Defendants Ejuicesteals.com ("Ejuicesteals") and Remon Hanna (collectively, "Defendants"). (Doc. 1). The Court convened with the parties for scheduling conference, and, on March 8, 2024, the Court issued its scheduling order setting all case management dates through dispositive motions. (Doc. 12). At the parties' request, no pretrial conference or trial dates were scheduled. *Id.* at 6. On June 26, 2025, the Court ordered the parties to confer and file a joint report addressing the status of Defendants' counsel Mr. DeBenon and any other matters requiring the attention of the Court. (Doc. 35).

The parties' filed an amended joint report on July 2, 2025. (Doc. 38). The parties represented that on July 1, 2025, counsel for Defendants' assistant contacted Plaintiff's counsel to report that Mr. DeBenon had passed away. *Id.* at 2. Mr. Hanna confirmed the passing of his counsel in a call with Plaintiff, relayed the status of his search for legal counsel to represent Defendants, and reported his own extensive health issues requiring him to travel abroad throughout the month of July 2025 to receive follow-up care. *Id.* at 2-3. The parties requested the Court to vacate the dispositive motion-related dates and deadlines of the operative scheduling order (Docs. 12, 21) or hold them in abeyance pending a reasonable time for Defendants to obtain legal representation, and require Mr. Hanna to inform the Court of the status of Defendants' legal representation by August 1, 2025, or another appropriate date. *Id.* at 3.

On July 3, 2025, the Court issued an order (Doc. 39) finding good cause to vacate the dispositive motion filing deadline and hearing dates of the operative scheduling order and determining that Mr. DeBenon's representation of Defendants is effectively withdrawn, with Mr. Hanna now substituted in as counsel of record, appearing *in propria persona*. The Court directed Plaintiff to confer with Mr. Hanna and file a joint report addressing (1) the status of Defendants' legal representation, (2) the resetting of dispositive motion-related dates and deadlines, pretrial conference, and trial, as applicable, and (3) any other matters requiring the attention of the Court. *See id.*

**Order on Stipulation in Parties' Joint Status Report**

On July 31, 2025, the parties timely filed their joint status report. (Doc. 40). The parties represented that Mr. Hanna has been unable to find new legal representation and will proceed pro se. *Id.* at 2. Plaintiff seeks the deadline for the filing of dispositive motions to be set for September 8, 2025, and Mr. Hanna does not oppose, with the hearing to be on October 13, 2025, before the assigned district judge. The parties anticipate that the issues to be tried and the length of trial will be "significantly shaped by the Court's decision" on Plaintiff's anticipated motion for summary judgment and, thus, request that the pre-trial conference and trial dates be set at a subsequent scheduling conference, after resolution of the motion for summary judgment. *Id.*

Lastly, the parties request the Court to set aside the meet-and-confer requirement (Doc. 12

1 at 5-6) for Plaintiff's motion for summary judgment, in light of Mr. Hanna being outside the
2 country and having undergone a serious surgery that precludes air travel to the United States "for
3 at least two more weeks," as well as the significant time difference between California and Egypt
4 and Mr. Hanna's pro se status.  (Doc. 40 at 2-3).

5 In light of the parties' representations in their joint status report, the Court finds good cause
6 to reset the dispositive motion filing deadline for September 8, 2025.  The hearing date will be set
7 for October 20, 2025, before the presiding district judge.  At the parties' request, the Court will
8 not schedule a pre-trial conference nor set a trial date at this time.  Plaintiff will be relieved from
9 the requirement to meet and confer prior to filing its motion for summary judgment (*see* Doc. 12
10 at 5-6).

11 Additionally, in light of the parties' representations concerning Mr. Hanna's health and
12 location abroad, Mr. Hanna will be directed to file a further status report no later than August 29,
13 2025, setting forth any timeline for his return to the United States and whether he will be able to
14 participate in this action.

15 **Conclusion and Order**

16 For the foregoing reasons, it is HEREBY ORDERED that:

17 1. The dispositive motion filing deadline is RESET for **September 8, 2025**.  Local Rule
18     230 shall govern the deadlines by which Defendants must file their opposition or
19     statement of non-opposition to Plaintiff's anticipated dispositive motion and the
20     deadline by which Plaintiff must file any optional reply brief.

21 2. The dispositive motion hearing date is RESET before the presiding district judge for
22     **October 20, 2025**.

23 3. Plaintiff is relieved from the requirement to meet and confer (Doc. 12 at 5-6) prior to
24     filing any motion for summary judgment.

25 ///
26 ///
27 ///
28

3

4. Mr. Hanna is DIRECTED to file, no later than **August 29, 2025**, a status report setting forth any timeline for his return to the United States and confirmation that he intends to continue litigating this action *in propria persona*.

5. The Clerk of the Court is DIRECTED to effect service of this order on Defendants at their address and email address of record (Luxor Vape Distro, 2882 Walnut Ave, Tustin, CA 92780; luxorvape@gmail.com).

IT IS SO ORDERED.

Dated: **August 1, 2025**

UNITED STATES MAGISTRATE JUDGE

4