UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MOLINERO PUENTE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. 1:23-cv-00083-CDB (HC)<br><br>ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION<br><br>(Doc. 15) |

　　　　Petitioner Victor Molinero Puente ("Petitioner") is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On June 23, 2025, the Court ordered Respondent to file a response to the petition within 60 days of service (*i.e.*, no later than August 22, 2025). (Doc. 10).

　　　　Pending before the Court is Respondent's *ex parte* motion, filed August 21, 2025, for an extension of time to respond to the petition to September 9, 2025. (Doc. 15). Counsel for Respondent declares that personnel from her office have "requested documents from BOP pertaining to Petitioner" and that said "documents have not yet been received. BOP has indicated additional time is needed to provide requested documents. Since the enactment of the First Step Act, document requests take longer to receive." *Id.* at 2.

　　　　Based on the representations in counsel's declaration and as this is Respondent's first request for

an extension in this matter, the Court finds good cause to grant the motion. *See* E.D. Cal. Local Rule 144(c).

**Conclusion and Order**

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent shall have until **September 9, 2025**, to respond to Petitioner's petition. *See* E.D. Cal. Local Rule 144(c).

2. Petitioner's optional traverse shall be filed in accordance with the Court's order requiring respondent to respond (*i.e.*, on or before 30 days from the date of filing of the response). (Doc. 10 at 3).

IT IS SO ORDERED.

Dated:  **August 22, 2025**

UNITED STATES MAGISTRATE JUDGE

2