1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No. 1:23-cv-01726-KES-CDB |
| 12 | |
| 13              Plaintiff, | FURTHER ORDER ON DISPOSITIVE MOTION DEADLINES AND DEFENDANTS' STATUS REPORT |
| 14        v. | |
| 15  EJUICESTEALS.COM and REMON HANNA, | (Doc. 41) |
| 16              Defendants. | Clerk of the Court to Serve Order on Defendant Remon Hanna's Address and Email Address |

17

18        On August 1, 2025, the Court granted the parties' stipulated request to continue the

19  deadline to file dispositive motions (to September 8, 2025) and associated hearing before the

20  assigned district judge (to October 20, 2025), and relieved Plaintiff of the requirement to meet

21  and confer prior to filing its motion for summary judgment. (Doc. 41). At the parties' request,

22  the Court did not schedule a pre-trial conference or set a trial date. *Id.*

23        Additionally, in light of the parties' representations concerning Defendant Remon

24  Hanna's health and location abroad, the Court directed Defendants to file a further status report

25  no later than August 29, 2025, setting forth any timeline for Defendant Hanna's return to the

26  United States and whether he will be able to participate in this action. *Id.*

27        On August 20, 2025, Defendant Hanna (who is proceeding pro se) emailed the

28  undersigned's courtroom deputy and counsel for Plaintiff. In his email, Defendant Hanna

confirms his return to the United States and that he continues to proceed pro se (see below):

**From:** Remon Hanna <luxorvape@gmail.com>
**Sent:** Wednesday, August 20, 2025 12:32:13 PM
**To:** Cori Boren <CBoren@caed.uscourts.gov>
**Cc:** david.goodwin@doj.ca.gov <david.goodwin@doj.ca.gov>; lesya.kinnamon@doj.ca.gov <lesya.kinnamon@doj.ca.gov>; taylorann.whittemore@doj.ca.gov <taylorann.whittemore@doj.ca.gov>
**Subject:** Re: 1:23-cv-01726-KES-CDB People of the State of California v. Ejuicesteals.com et al

CAUTION - EXTERNAL:

Honorable Christopher D. Baker,

I respectfully write to inform the Court that I have returned to the State following my recent surgery . Although I am recovering, my health condition remains serious, and I am attaching my medical report for your review.

Unfortunately, I am still unable to afford legal representation at this time. Despite my best efforts, I do not have the financial means to properly defend myself in this matter.

Additionally, I have submitted a settlement offer to the Department of Justice in hopes of resolving this case. I respectfully request that the Court take into consideration both my current health challenges and financial hardship when reviewing the progress of this matter.

I remain committed to cooperating with the Court and all parties involved to the best of my ability.

Thank you for your time and understanding.



Luxor Vape Distro
**2882 Walnut Ave ,Tustin Ca 92780**

The Court directed Defendant Hanna to "file" his status report – not email it to the courtroom deputy. Defendant Hanna is admonished that, as a pro se litigant, he is required to familiarize himself with and comply with this Court's local rules, including rules governing the filing of documents.[1] *See, e.g.,* Local Rule 133(b)(2) ("All pro se parties shall file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rules."). This Court's local rules do not permit filing by email. *See* Local Rule 134 (a) ("Emailing a document to the Clerk or to the Court (as opposed to electronic filing in CM/ECF) shall not constitute 'filing' of the document."). Rather, a pro se party without access to electronic filing privileges must file paper copies of pleadings with the Clerk of the Court in Fresno, either via mail or in person. *See* Local Rule 101.

The Court will direct Defendants to review and comply with this Court's local rules, particularly Local Rule 230, which will govern the parties' briefing of Plaintiff's anticipated motion for summary judgment.

**Conclusion and Order**

For the foregoing reasons, it is HEREBY ORDERED that Defendants shall review and comply with this Court's local rules.

---

[1] The Court's local rules are available at https://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/

1        Any failure by Defendants to comply with this order may result in the imposition of

2   sanctions, including evidentiary and/or financial sanctions.

3        The Clerk of the Court is DIRECTED to effect service of this order on Defendants at

4   their address and email address of record (Luxor Vape Distro, 2882 Walnut Ave, Tustin, CA

5   92780; luxorvape@gmail.com).

6   IT IS SO ORDERED.

7    Dated:   **August 25, 2025**

8                             UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28