Rob Bonta
Attorney General of California
Natalie S. Torres, State Bar No. 283571
Supervising Deputy Attorney General
Lesya N. Kinnamon, State Bar No. 296902
David C. Goodwin, State Bar No. 283322
Taylor Ann Whittemore, State Bar No. 320343
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6093
 Fax: (916) 327-2319
 E-mail: Lesya.Kinnamon@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**EJUICESTEALS.COM, REMON HANNA in his official capacity as Chief Executive Officer, Chief Financial Officer,**<br><br>Defendants. | 1:23-cv-01726-KES-CDB<br><br>**ORDER ON PLAINTIFF THE PEOPLE OF THE STATE OF CALIFORNIA'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE OVERSIZED BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Plaintiff The People of the State of California ("Plaintiff") requests leave to file a thirty-five page memorandum of points and authorities in support of its motion for summary judgment. Good cause appearing, Plaintiff's unopposed administrative motion is **GRANTED**.

IT IS SO ORDERED.

  Dated:   September 4, 2025

_____
UNITED STATES DISTRICT JUDGE

1