ROB BONTA
Attorney General of California
NELI PALMA, State Bar No. 203374
Senior Assistant Attorney General
NATALIE S. TORRES, State Bar No. 283571
Supervising Deputy Attorney General
LESYA N. KINNAMON, State Bar No. 296902
DAVID C. GOODWIN, State Bar No. 283322
TAYLOR ANN WHITTEMORE, State Bar No. 320343
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6093
 Fax:  (916) 327-2319
 E-mail:  Lesya.Kinnamon@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>                                Plaintiff,<br><br>        **v.**<br><br>**EJUICESTEALS.COM, REMON HANNA in his official capacity as Chief Executive Officer, Chief Financial Officer,**<br><br>                                Defendants. | 1:23-CV-01726-KES-CDB<br><br>**PLAINTIFF THE PEOPLE OF THE STATE OF CALIFORNIA'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:        Hon. Kirk E. Sherriff<br>Trial Date:    N/A<br>Action Filed:  12/14/2023 |

I.    **BACKGROUND**

1.    Plaintiff is the People of the State of California and the State of California, by and through its Attorney General, Rob Bonta ("Plaintiff"). Compl. ¶9, ECF No. 1.

2.    Defendant Ejuicesteals.com ("Ejuicesteals") was a corporation incorporated in California. Ans. ¶ 7, ECF 8; Hanna Dep. 23:23-24, March 13, 2025. Ejuicesteals operated through December 2024. Hanna Dep. 24:7-16.

1

3. Ejuicesteals sold tobacco products, including electronic cigarettes ("e-cigarettes"), through its website, www.ejuicesteals.com. Hanna Dep. 28:5-22, 51:21-24, 131:22-25, 162:17-23; Kutz Decl. ¶¶8,19; Galpin Decl. ¶¶7, 17; Ans. ¶10, ECF 8.

4. The website, www.ejuicesteals.com, began operating in 2016. Hanna Dep. 26:16-21.

5. Defendant Remon Hanna was Ejuicesteals' Chief Executive Officer, Chief Financial Officer, Secretary, and Director. Ans. ¶11, ECF 8; Hanna Dep. 24:22-25:112, 27:18- 28:1.

6. Since at least August 2019, Mr. Hanna was Ejuicesteals' sole officer, director, and the only person in control of all operations. Hanna Dep. 24:22-26:8, 27:24-28:1, 34:5-36:17, 40:1-5, 41:1-42:7.

7. Mr. Hanna was responsible for all operations of Ejuicesteals, including purchasing products, processing shipments, paying taxes, obtaining licenses, legal compliance, customer service, entering into agreement, hiring employees, managing employees, providing instructions to employees, and terminating employment. Hanna Dep. 34:11-20, 35:1-36:24, 39:11-42:7, 44:1-6.

## II. EJUICESTEALS' UNLICENSED CALIFORNIA LOCATIONS

### A. 17911 Skypark Circle, Irvine, CA 92614

8. Ejuicesteals sold and shipped tobacco products to California customers from 17911 Skypark Circle, Irvine, California 92614. Hanna Dep. 29:17-25, 30:9-31:1.

9. The period when Defendant Ejuicesteals shipped tobacco products from 17911 Skypark Circle, Irvine, California 92614, included September 2018 through August 2019. Hanna Dep. 29:17-25; 30:9-31:1; Thorburn Decl. ¶17, Thorburn Decl. Ex. 4.

10. Ejuicesteals did not hold a tobacco products retailer license for 17911 Skypark Circle, Irvine, California 92614 during the period January 2019 through December 2024. Dahlen Decl. ¶6.b.

### B. 51 Peters Canyon Road, Irvine, CA 92606

11. Ejuicesteals sold and shipped tobacco products to California customers from 51 Peters Canyon Road, Irvine, California 92606. Hanna Dep. 31:2-12, 131:22-132:5; Ejuicesteals' Resp. to Interrog., Set One, No. 14.

2

12. The period when Ejuicesteals shipped tobacco products from 51 Peters Canyon Road, Irvine, California 92606, included June 2017 through February2020. Hanna Dep. 31:2-12, 131:22-132:5; Ejuicesteals' Resp. to Interrog., Set One, No. 14; Ans. ¶10, ECF No. 8; Thorburn Decl. ¶19, Thorburn Decl. Ex. 5.

13. Ejuicesteals did not hold a tobacco products retailer license for 51 Peters Canyon Road, Irvine, California 92606 during the period January 2019 through December 2024. Dahlen Decl. ¶6.a.

**C.    2841 Unicorn Road, Suite 102, Bakersfield, CA 93308**

14. Ejuicesteals sold and shipped tobacco products to California customers from 2841 Unicorn Road, Suite 102, Bakersfield, California 93308. Hanna Dep. 32:21-33:12; Ejuicesteals' Resp. to Interrog., Set One, No. 15.

15. The period when Ejuicesteals shipped tobacco products from 2841 Unicorn Road, Suite 102, Bakersfield, California 93308, included August 2020 through January 2022. Hanna Dep. 32:21-33:12; Thorburn Decl. ¶22, Thorburn Decl. Ex. 6.

16. Ejuicesteals did not hold a tobacco products retailer license during the period January 2019 through December 2024 for 2841 Unicorn Road, Suite 102, Bakersfield, California 93308. Dahlen Decl. ¶ 6.c; Ejuicesteals' Resp. to Admis., Set One, No. 2.

**D.    10010 Rosedale Highway, Unit 2, Bakersfield, CA 93312**

17. Ejuicesteals sold and shipped tobacco products to California customers from 10010 Rosedale Highway, Unit 3, Bakersfield, California 93312. Hanna Dep. 33:14-24; Ejuicesteals' Resp. to Interrog., Set One, No. 17.

18. The period when Defendant Ejuicesteals shipped tobacco products from 10010 Rosedale Highway, Unit 3, Bakersfield, California 93312 included May 2021 through December 2024. Hanna Dep. 33:14-24; Thorburn Decl. ¶24, Thorburn Decl. Ex. 7.

19. Ejuicesteals did not hold a tobacco products retailer license during the period January 2019 through August 30, 2023, for 10010 Rosedale Highway, Unit 3, Bakersfield, California 93312. Dahlen Decl. ¶6.d.

**III.   THE UNDERCOVER PURCHASES FROM EJUICESTEALS IN JULY 2023**

20.   On July 12, 2023, California Department of Justice ("DOJ") Special Agent Michael Kutz visited www.ejuicesteals.com to make an undercover purchase of tobacco products. Kutz Decl. ¶5.

21.   Agent Kutz used an undercover and fictitious identity, Jeffrey Oneill, supported with a valid California driver's license, and an undercover email account, vaportwo1735@gmail.com, to place an order from www.ejuicesteals.com. *Id.* at ¶6.

22.   Agent Kutz paid for the order with a pre-paid Visa debit card. *Id.* at ¶7. This pre-paid Visa debit card was not associated with Agent Kutz's undercover identity or with any other person's personally identifying information such as, name, address, or date of birth. *Id.*

23.   Agent Kutz successfully placed his order on www.ejuicesteals.com for flavored disposable electronic cigarette ("e-cigarette") devices Flum Ultra Disposable 1800 Puffs (violet ice), Elf Bar Disposables 5000 Puffs (black winter flavor), and Candy Barz Disposable 1500 Puffs (mango ice flavor), to be delivered to Jeffrey Oneill 1735 E Street, Fresno, CA 93706. *Id.* at ¶8.

24.   On July 12, 2023, at 12:40 p.m., Agent Kutz received an email from info@ejuicesteals.com in his undercover email account, vaportwo1735@gmail.com, confirming the order of Flum Ultra Disposable 1800 Puffs (violet ice), Elf Bar Disposables 5000 Puffs (black winter flavor), and Candy Barz Disposable 1500 Puffs (mango ice flavor). *Id.* at ¶9, Kutz Decl. Ex. 1. *Id.* The email also included order confirmation number 94804 and shipping method "Express Shipping + Adult Signature (2-3 days)". *Id.* The email did not include any statement regarding the "California Electronic Cigarette Excise Tax" and did not separately state the amount of California electronic cigarette excise tax collected. *Id.*

25.   On July 12, 2023, at 12:53 p.m., Agent Kutz received an email in his undercover email account, vaportwo1735@gmail.com, from tracking@shipstation.com stating the following: "Dear Jeffrey Oneill, Thank you for your order from EJUICESTEALS! We wanted to let you know that your order (#94804) was shipped via USPS, USPS First Class Mail on 7/12/2023. You can track your package at any time using the link below." *Id.* at ¶10, Kutz Decl. Ex. 2. The email

included the description of products in the shipment: Flum Ultra Disposable 1800 Puffs (violet ice), Elf Bar Disposables 5000 Puffs (black winter flavor), and Candy Barz Disposable 1500 Puffs (mango ice flavor). *Id*. The email also included a shipment tracking number: 9400 1112 0623 8169 7311 29. *Id*.

26.    Agent Kutz did not receive any telephone call from www.ejuicesteals.com. *Id*. at ¶11.

27.    On July 14, 2023, a delivery person dressed in uniform with writing identifying the United States Postal Service (USPS) handed a package to DOJ Crime Analyst Suzanne Barton. Barton Decl. at ¶5. The package was addressed from "Adam Johnson 10010 Rosedale Hwy, Unit 3, Bakersfield, CA 93312" to "Jeffrey Oneill 1735 E ST Fresno, CA 93706". *Id*.

28.    At the time of delivery, the USPS delivery person handed the package to Barton without requesting her signature and without requesting or verifying her personal identification. Barton Decl. at ¶6.

29.    Immediately after the receipt of the package, Barton informed Agent Kutz of the delivery of the package. *Id*. at ¶7.

30.    Barton did not open the package or make any changes to its labels. *Id*. at ¶ 8.

31.    That same day, Barton delivered the package to Agent Kutz and placed it on his desk located in the secure office space. *Id*. at ¶9. The package was completely sealed on all sides with all of the original labels attached. *Id*.

32.    On July 17, 2023, Agent Kutz saw a package on his desk. Kutz Decl. at ¶15. The package was unopened and completely sealed on all sides with all the original labels attached. *Id*. The package was addressed from "Adam Johnson 10010 Rosedale Hwy, Unit 3, Bakersfield, CA 93312" to "Jeffrey Oneill 1735 E ST Fresno, CA 93706". *Id*., Kutz Decl. Ex. 3. The package was marked "USPS Ground AdvantageTM" and included USPS Tracking # 9400 1112 0623 8169 7311 29 and stamps endicia date 7/12/2023. *Id*.

33.    The package did not include any writing or label containing the following: "CIGARETTES/NICOTINE/SMOKELESS TOBACCO: FEDERAL LAW REQUIRES THE

Pl.'s Statement of Undisputed Facts in Supp. of Mot. for Summ. J. (1:23-CV-01726-KES-CDB)

PAYMENT OF ALL APPLICABLE EXCISE TAXES, AND COMPLIANCE WITH APPLICABLE LICENSING AND TAX-STAMPING OBLIGATIONS". *Id*. at ¶ 16.

34.   The package did not include any writing or label containing the following: "CONTAINS TOBACCO PRODUCTS: SIGNATURE OF PERSON 21 YEARS OF AGE OR OLDER REQUIRED FOR DELIVERY." *Id*. at ¶17.

35.   The package did not include any other labels or writing identifying that it contains tobacco products. *Id*. at ¶18.

36.   Agent Kutz opened the package, and inside were e-cigarettes Elf Bar Disposables 5000 Puffs (black winter), Flum Ultra Disposable 1800 Puffs (violet ice), and Candy Barz Disposable 1500 Puffs (mango ice). *Id*. at ¶19, Kutz Decl. Ex. 4.

37.   The package also included a "Packing Slip" that was addressed from 10010 Rosedale Hwy, Unit 3, Bakersfield, CA 93312 to Jeffrey Oneill 1735 E ST Fresno, CA 937-2008 US, and included order number 94804 and date 7/12/2023. *Id*. at ¶20, Kutz Decl. Ex. 5. The Packing Slip included a description of items: Elf Bar Disposables 5000 Puffs (black winter), Flum Ultra Disposable 1800 Puffs (violet ice), and Candy Barz Disposable 1500 Puffs (mango ice). *Id*.

38.   The Packing Slip did not include the statement "California Electronic Cigarette Excise Tax" and did not separately state the amount of California electronic cigarette excise tax collected. *Id*. at ¶21.

39.   The package did not include any other documents. *Id*. at ¶22.

**IV.   THE UNDERCOVER PURCHASES FROM EJUICESTEALS IN OCTOBER 2023**

40.   On October 3, 2023, at 02:43 p.m., DOJ Special Agent Christopher Galpin visited www.ejuicesteals.com to make an undercover purchase of tobacco products. Galpin Decl. ¶5.

41.   Agent Galpin used an undercover and fictitious identity, Jeffrey Oneill, supported with a valid California driver's license, and an undercover email account, vaportwo1735@gmail.com, to place an order from www.ejuicesteals.com. *Id*. at ¶6.

42.   Agent Galpin successfully placed the order on www.ejuicesteals.com for a flavored disposable e-cigarette device Truly Bar Elf Bar Disposable 5000 Puffs (watermelon grape aloe), to be delivered to Jeffrey Oneill at 1735 E Street, Fresno, CA 93706. *Id*. at ¶7.

43.     Agent Galpin paid for the order with a pre-paid Visa debit card. *Id*. at ¶8. This pre-paid Visa debit card was not associated with Agent Galpin's undercover identity, or with any other person's personal identifying information, such as name, address, or date of birth. *Id*. at ¶8.

44.     On October 3, 2023, at 2:46 p.m., Agent Galpin received an email from info@ejuicesteals.com to his undercover email account, vaportwo1735@gmail.com, confirming his order of Truly Bar Elf Bar Disposable 5000 Puffs (watermelon grape aloe) e-cigarette. *Id*. at ¶9, Galpin Decl. Ex. 1. The email also included order confirmation number 97135 and shipping method "Express Shipping + Adult Signature (2-3 days)". *Id*. The email did not include any statement regarding the "California Electronic Cigarette Excise Tax" and did not separately state the amount of California electronic cigarette excise tax collected. *Id*.

45.     On October 3, 2023, at 3:26 p.m., Agent Galpin received an email to his undercover email account, vaportwo1735@gmail.com, from tracking@shipstation.com stating the following: "Dear Jeffrey Oneill, Thank you for your order from EJUICESTEALS! We wanted to let you know that your order (#97135) was shipped via USPS, USPS First Class Mail on 10/3/2023. You can track your package at any time using the link below." *Id*. at ¶10, Galpin Decl. Ex. 2. The email included the description of products in the shipment: Truly Bar Elf Bar Disposable 5000 Puffs (watermelon grape aloe). *Id*. The email also included a shipment tracking number: 9400 1112 0623 8737 1128 31. *Id*.

46.     Agent Galpin did not receive any telephone call from www.ejuicesteals.com. *Id*. at ¶11.

47.     On October 5, 2023, Administrative Specialist Maria Rojas transferred the package to Agent Galpin completely sealed on all sides with all the original labels attached. *Id*. at ¶ 8. Agent Galpin learned that the USPS delivery person delivered the package to Ms. Rojas and that she did not have to sign for the delivery of the package. *Id*. at ¶12.

48.     On October 5, 2023, Agent Galpin took possession of the package. Galpin Decl. at ¶12. The package was addressed from "Adam Johnson 10010 Rosedale Hwy, Unit 3, Bakersfield, CA 93312" to "Jeffrey Oneill 1735 E ST Fresno, CA 93706". *Id*. The package was completely sealed on all sides with all the original labels attached. *Id*. The package was marked "USPS

7

Ground Advantage™" and included USPS Tracking # 9400 1112 0623 8737 1128 31. *Id.*, Galpin Decl. Ex. 3.

49. The package did not include any writing or label containing the following: "CIGARETTES/NICOTINE/SMOKELESS TOBACCO: FEDERAL LAW REQUIRES THE PAYMENT OF ALL APPLICABLE EXCISE TAXES, AND COMPLIANCE WITH APPLICABLE LICENSING AND TAX-STAMPING OBLIGATIONS". *Id.* at ¶14.

50. The package did not include any writing or label containing the following: "CONTAINS TOBACCO PRODUCTS: SIGNATURE OF PERSON 21 YEARS OF AGE OR OLDER REQUIRED FOR DELIVERY." *Id.* at ¶15.

51. The package did not include any other labels or writing identifying that it contains tobacco products. *Id.* ¶16.

52. Agent Galpin opened the package, and inside was Truly Bar Elf Bar Disposable 5000 Puffs (watermelon grape aloe) e-cigarette. *Id.* ¶17. Galpin Decl. Ex. 4.

53. The package also included a "Packing Slip" that was addressed from 10010 Rosedale Hwy, Unit 3, Bakersfield, CA 93312 to Jeffrey Oneill 1735 E ST Fresno, CA 937-2008 US, and included order number 97135 and date 10/3/2023. *Id.* ¶18, Galpin Decl. Ex. 5. The Packing Slip included a description of items: Truly Bar Elf Bar Disposable 5000 Puffs (watermelon grape aloe). *Id.* The Packing Slip did not include a statement "California Electronic Cigarette Excise Tax" and did not separately state the amount of California electronic cigarette excise tax collected. Galpin Decl. ¶19.

54. The package did not include any other documents. *Id.* ¶20.

**V.    CALIFORNIA ELECTRONIC CIGARETTE TAX REPORTING AND PAYMENT**

55. Ejuicesteals collected California Electronic Cigarette Tax ("CECET") from California customers. Hanna Dep. 96:15-16. Ejuicesteals began collecting CECET when it became effective on July 1, 2022. Hanna Dep. 96:5-20, 97:15- 99:19.

56. Ejuicesteals did not file a CECET return with the California Department of Tax and Fee Administration ("CDTFA") on or before October 31, 2022, for the period July 1, 2022 through September 30, 2022. Dahlen Decl. ¶7.a.

57. Defendant Ejuicesteals did not file a CECET return with CDTFA on or before January 30, 2023, for the period October 1, 2022 through December 31, 2022. Dahlen Decl. ¶7.a.

58. Ejuicesteals did not file a CECET return with CDTFA on or before April 30, 2023, for the period January 1, 2023 through March 31, 2023. Dahlen Decl. ¶7.a.

59. Ejuicesteals did not file a CECET return with CDTFA on or before July 31, 2023, for the period March 1, 2023 through June 30, 2023. Dahlen Decl. ¶7.a.

60. Ejuicesteals did not file a CECET return with CDTFA on or before October 31, 2023, for the period July 1, 2023 through September 30, 2023. Dahlen Decl. ¶7.a.

61. Ejuicesteals did not pay CECET to CDTFA on or before October 31, 2022, for the period July 1, 2022 through September 30, 2022. Dahlen Decl. ¶7.b.

62. Ejuicesteals did not pay CECET to CDTFA on or before January 30, 2023, for the period October 1, 2022 through December 31, 2022. Dahlen Decl. ¶7.b.

63. Ejuicesteals did not pay CECET to CDTFA on or before April 30, 2023, for the period January 1, 2023 through March 31, 2023. Dahlen Decl. ¶7.b.

64. Ejuicesteals did not pay CECET to CDTFA on or before July 31, 2023, for the period March 1, 2023 through June 30, 2023. Dahlen Decl. ¶7.b.

65. Ejuicesteals did not pay CECET to CDTFA on or before October 31, 2023, for the period July 1, 2023 through September 30, 2023. Dahlen Decl. ¶7.b.

66. Ejuicesteals did not include a statement regarding the "California Electronic Cigarette Excise Tax" and did not separately state the amount of CECET collected in receipts or other documents provided to California customers during the period July 2022 through December 2023. Hanna Dep. 135:16--136:3, 149:3-8; *see also* Kutz Decl. ¶¶9, 21; Galpin Decl. ¶¶9, 19.

**VI. EJUICESTEALS' TELEPHONE CALLS TO CALIFORNIA CUSTOMERS**

67. Ejuicesteals did not make telephone calls after 5 p.m. to California customers who purchased tobacco products from www.ejuicesteals.com confirming the order prior to shipping the tobacco products between period January 1, 2019, through December 31, 2019. Hanna Dep. 148:17-149:8, 150:10-18.

**VII.   EJUICESTEALS' AGE VERIFICATION USING BLUECHECK INC.**

68.    Ejuicesteals used BlueCheck Inc. ("BlueCheck") to verify the age of California customers who purchased tobacco products through Ejuicesteals' website, www.ejuicesteals.com. Hanna Dep. 58:23-25; Zeig Decl. ¶ 6; Ejuicesteals.com's Resp. to Req. for Admiss., Set One, No. 15.

69.    Ejuicesteals used BlueCheck to verify the age of California customers who purchased tobacco products through its website, www.ejuicesteals.com, during the period January 2019 through September 2020. Hanna Dep. 58:23-59:22; Zeig Decl. ¶6; Ejuicesteals.com's Resp. to Req. for Admiss., Set One, No. 15; Ejuicesteals.com's Resp. to Interrog. Set One, No. 3.

70.    BlueCheck attempted to verify the age of Ejuicesteals' California customers after those customers placed orders on Ejuicesteals' website, www.ejuicesteals.com. Hanna Dep. 61:18-22, 62:15-64:25, 65:11-25, 75:1-76:15; Zeig Decl. ¶8; Ejuicesteals.com's Resp. to Req. for Admiss., Set One, No. 15.

71.    After each person placed an order on www.ejuicesteals.com, BlueCheck attempted to verify the age of each person by matching the person's name and address to publicly available databases using proprietary algorithms/protocols. Zeig Decl. ¶8.

72.    At the completion of the age verification process, BlueCheck returned a response to Ejuicesteals whether the person who placed an order could be verified to be the age required by Ejuicesteals. Zeig Decl. ¶9.

73.    Persons who could not be verified were labeled by BlueCheck to have "failed age verification." Zeig Decl. ¶9.

74.    Through January 9, 2020, BlueCheck used below 21 as the minimum age to verify that Ejuicesteals' customers were of legal age to purchase tobacco products. Hanna Dep. 68:1-70:12, 72:3-73:23; Hanna Dep. Ex. 2.

75.    BlueCheck maintained control over the age verification data for Ejuicesteals' customers. Hanna Depo. 77:22-78:6; Ejuicesteals.com's Resp. to Req. for Produc. of Docs., Set One, No. 20.

10

76.   BlueCheck age verification data shows **3,785** California customers placed orders on Ejuicesteals' website before BlueCheck attempted to verify their age during the period February 19, 2019 through June 7, 2020. Thorburn Dec. ¶36, Thorburn Dec. Ex. 8.

77.   BlueCheck age verification data shows **3,686** California customers who placed orders on Ejuicesteals' website before BlueCheck attempted to verify their age during the period February 19, 2029 through January 6, 2020. Thorburn Dec. ¶37, Thorburn Dec. Ex. 8.

78.   BlueCheck age verification data shows **47** California customers who placed orders on Ejuicesteals' website but later failed age verification by BlueCheck because those customers were "underage". Thorburn Dec. ¶38, Thorburn Dec. Ex. 9.

**VIII. EJUICESTEALS' SHIPMENT AND DELIVERY OF TOBACCO PRODUCTS USING THE U.S. POSTAL SERVICE**

79.   Ejuicesteals used USPS to ship and deliver tobacco products to California customers during the period January 2019 through December 31, 2023. Hanna Dep. 155:2-21; 159:8-14, 162:17-23; Ejuicesteals.com's Resp. to Req. for Admiss, Set One, No. 8.

80.   As of at least October 2021, Ejuicesteals and Mr. Hanna were aware that it was unlawful to use USPS to ship and deliver tobacco products. Hanna Dep. 158:2-25-159:1-14, 162:24-163:3, Hanna Dep. Ex. 8.

81.   Ejuicesteals used Auctane LLC ("Auctane") services, including Auctane's subsidiaries ShipStation and Stamps.com, to create labels Ejuicesteals attached to packages containing tobacco products shipped to its customers. Hanna Dep. 122: 1-25, 123:7-9, 137:1-23, 139: 14-19, 164:16-19; Olortegui Decl. ¶¶4-5.

82.   Ejuicesteals used Auctane services to purchase package postage. Hanna Dep. 122:18-25; Olortegui Decl. ¶6.

83.   Ejuicesteals used Auctane services to purchase shipment and delivery services through USPS. Olortegui Decl. ¶6; Hanna Dep. 122:18-123:9.

84.   Ejuicesteals' procedure for verifying its customers receiving the package containing tobacco products were 21 years or older was through purchasing a package delivery service that

included an adult signature requirement through Auctane. Hanna Dep. 121:21-122:5, 123:21-22, 124:20--125:10.

85.    Ejuicesteals could purchase though Auctane package delivery service other than adult signature such as "regular delivery", "delivery with signature", "just normal delivery", "priority", "air", and "just signature". Hanna Dep. 122:1-5, 18-25.

86.    The price for the method of delivery with the adult signature service was higher than the price for other methods of package delivery services. Hanna Dep. 124:2-5; Thorburn Decl. ¶10.

87.    Purchasing the adult signature package delivery service was the only method Ejuicesteals used for verifying that the customers receiving the package containing tobacco products were 21 years or older. Hanna Dep. 126:1-4.

88.    Mr. Hanna had access to Ejuicesteals' Auctane package shipments data at the time of Ejuicesteals business operations. Hanna Dep. 127:4.

89.    Mr. Hanna did not check the Auctane package shipment data to verify whether Ejuicesteals' employees were purchasing the adult signature package delivery service for packages Ejuicesteals shipped to its customers. Hanna Dep. 127:4-6.

90.    Auctane provided package labeling and postage purchase services to Ejuicesteals and Mr. Hanna under the account/meter number 10551455 and the account/meter number 10702396. Olortegui Decl. ¶ 5. Defendants opened the account/meter number 10551455 starting in April 2019 and the account/meter number 107022396 starting in July 2019. Olortegui Decl. ¶6.

91.    Auctane shipment data for Ejuicesteals shows **671** shipments to California customers using USPS addressed from 17911 Skypark Circle, Irvine, CA 92614 during the period April 11, 2019 through August 28, 2019. Thorburn Decl. ¶17, Thorburn Decl. Ex. 4.

92.    None of the shipments to California customers using USPS addressed from 17911 Skypark Circle, Irvine, CA 92614 included "Adult Signature" delivery confirmation. Thorburn Decl. ¶18, Thorburn Decl. Ex. 4. All shipments from 17911 Skypark Circle, Irvine, CA 92614 included "eDelivery Conf". *Id*.

12

93.    Auctane package shipment data for Ejuicesteals shows **962** shipments to California customers using USPS addressed from 51 Peters Canyon Road, Irvine, CA 92606 during the period August 26, 2019, through February 25, 2020. Thorburn Decl. ¶19, Thorburn Decl. Ex. 5.

94.    None of the shipments to California customers using USPS addressed from 51 Peters Canyon Road, Irvine, CA 92606 included "Adult Signature" delivery confirmation. Thorburn Decl. ¶20, Thorburn Decl. Ex. 5. All shipments from 51 Peters Canyon Road, Irvine, CA 92606 included "eDelivery Conf". *Id*.

95.    Auctane package shipment data for Ejuicesteals shows **296** shipments to California customers using USPS addressed from 2841 Unicorn Rd, STE 102, Bakersfield, CA 93308, during the period September 6, 2021 through January 28, 2022. Thorburn Decl. ¶22, Thorburn Decl. Ex. 6.

96.    None of the shipments to California customers using USPS addressed from 2841 Unicorn Rd, STE 102, Bakersfield, CA 93308, included "Adult Signature" delivery confirmation. Thorburn Decl. ¶23, Thorburn Decl. Ex. 6. Auctane shipment data for Ejuicesteals shows **218** shipments to California customers from 2841 Unicorn Rd, STE 102, Bakersfield, CA 93308, included "eDelivery Conf" and **86** shipments included "eSignature Conf". *Id*.

97.    Auctane package shipment data for Ejuicesteals shows **3,635** shipments to California customers using USPS addressed from 10010 Rosedale Hwy, Unit 3, Bakersfield, CA 93312, during the period January 29, 2022, through April 22, 2024. Thorburn Decl. ¶24, Thorburn Decl. Ex. 7.

98.    Auctane package shipment data shows only **58** of the **3,635** shipments to California customers from 10010 Rosedale Hwy, Unit 3, Bakersfield, CA 93312, included "Adult Sig Required" delivery confirmation. Thorburn Decl. ¶25, Thorburn Decl. Ex. 7.1.

99.    Auctane package shipment data shows **3,577** shipments to California customers from 10010 Rosedale Hwy, Unit 3, Bakersfield, CA 93312, included "eDelivery Conf" confirmation. Thorburn Decl. ¶25, Thorburn Decl. Ex. 7.2.

13

100.  Ejuicesteals produced package shipment data showing **3,801** shipments from Ejuicesteals to California customers using USPS during the period November 8, 2021, though December 30, 2023. Thorburn Decl. ¶3, Thorburn Decl. Ex. 1.

101.  Ejuicesteals package shipment data shows that only **56** of the **3,801** shipments to California customers using USPS included "Adult Signature" confirmation during the period January 29, 2022, through April 22, 2024. [1] Thorburn Decl. ¶4, Thorburn Decl. Ex. 2.

102.  Ejuicesteals' average cost per USPS shipment with the "Adult Signature" confirmation was **$18.77** per shipment. Thorburn Decl. ¶6, Thorburn Decl. Ex. 2.

103.  Ejuicesteals package shipment data shows **3,745** shipments to California customers using USPS included "Delivery" confirmation during the period November 8, 2021, through December 30, 2023. [2] Thorburn Decl. ¶7, Thorburn Decl. Ex. 3.

104.  Ejuicesteals' average cost per USPS shipment with the "Delivery" confirmation was **$8.04** per shipment. Thorburn Decl. ¶9, Thorburn Decl. Ex. 3.

105.  Ejuicesteals' average cost per USPS shipment with the "Adult Signature" confirmation service was on average $10.73 or 57% higher than the cost for USPS shipments with the "Delivery" confirmation service. Thorburn Decl. ¶10.

**IX.    EJUICESTEALS' SALES OF TOBACCO PRODUCTS NOT APPROVED BY THE FOOD AND DRUG ADMINISTRATION**

106.  None of the tobacco products Defendant Ejuicesteals sold to California consumer were on the list of tobacco products that received an order from the federal Food and Drug Administration ("FDA") pursuant to 21 U.S.C. § 387j(c)(1)(A)(1). Ejuicesteals.com's Additional and Further Resp. to Interrog., Set One, No. 13; Hanna Dep. 178:1-180:20, Hanna Dep. Ex. 13.

107.  E-cigarettes Flum Ultra Disposable 1800 Puffs (violet ice flavor), Elf Bar Disposables 5000 Puffs (black winter flavor), Candy Barz Disposable 1500 Puffs (mango ice flavor), and

---

[1] USPS Postal Customer Guide provides the following definition for "Adult Signature" service: "Extra service for domestic mail that requires the signature of an individual 21 years of age or older at the recipient's address." *Postal Customer Guide* (May 2024) at 44; Thorburn Decl. ¶5.

[2] USPS Postal Customer Guide provides the following definition for "Delivery Confirmation" service: "An extra service that provides the date and time of delivery or, if delivery was attempted but not successful, the date and time of the delivery attempt." *Postal Customer Guide* (May 2024) at 45; Thorburn Decl. ¶8.

14

Truly Bar Elf Bar Disposable 5000 Puffs (watermelon grape aloe) were not on the FDA list of e-cigarettes authorized for sale in the United States. Thorburn Decl. ¶42; Hanna Dep. 178:1-180:20, Hanna Dep. Ex. X 13.

Dated:  September 8, 2025                          Respectfully submitted,

                                                  ROB BONTA
                                                  Attorney General of California
                                                  NELI PALMA
                                                  Senior Assistant Attorney General
                                                  NATALIE S. TORRES
                                                  Supervising Deputy Attorney General


                                                  **/s/ Lesya N. Kinnamon**
                                                  LESYA N. KINNAMON
                                                  DAVID C. GOODWIN
                                                  TAYLOR ANN WHITTEMORE
                                                  Deputy Attorneys General
                                                  *Attorneys for Plaintiff State of California*

SA2023306126