UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EJUICESTEALS.COM and REMON HANNA,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01726-KES-CDB<br><br>ORDER DISCHARGING SEPTEMBER 3, 2025, ORDER TO SHOW CAUSE<br><br>(Docs. 47, 49) |

On December 14, 2023, Plaintiff, the People of the State of California ("Plaintiff") initiated this action with the filing of a complaint against Defendants Ejuicesteals.com ("Ejuicesteals") and Remon Hanna (collectively, "Defendants"). (Doc. 1).

On September 2 2025, service of an order of the Court dated August 25, 2025, order (Doc. 44) was made by mail on Defendants Hanna and Ejuicesteals.com at their record address, which is the same address listed in Defendant Hanna's most recently filed status report (Doc. 45)— Luxor Vape Distro, 2882 Walnut Ave, Tustin, CA 92780—but was returned by the U.S. Postal Service as "Undeliverable, Attempted – Not Known, Unable to Forward." *See* Dkt. 09/02/2025. An earlier order of the Court and a docket entry made by the Clerk of the Court also were returned undeliverable. *Id.* On September 3, 2025, the Court ordered Defendant Hanna to show cause in writing within seven (7) days of the date of service of the order why sanctions should not be

imposed for his failure to keep the Court apprised of his current address and to comply with the Local Rules. (Doc. 47). Defendant Hanna was provided the opportunity to comply with the order to show cause in the alternative filing by that same deadline a notice of change of address. *Id.* at 4.

Pending before the Court is Defendant Hanna's timely filing of a notice of change of address, filed on September 8, 2025. (Doc. 49). Defendant Hanna apologizes for the untimely failure to update his address. *Id.*

Based on Defendant Hanna's compliance with the Court's order to show cause by timely filing a notice of change of address, the Court find good cause to discharge the September 3, 2025, order to show cause (Doc. 47) without the imposition of sanctions. *See In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 973 (9th Cir. 2007).

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED, the September 3, 2025, order to show cause (Doc. 47) is DISCHARGED without imposition of sanctions.

IT IS SO ORDERED.

Dated:   **September 9, 2025**                              _____
                                                               UNITED STATES MAGISTRATE JUDGE